```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ Davene L. Finnel
   │ Special Assistant U.S. Attorney
 3 │ Indiana State Bar No. 19793-49
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101-8893
 5 │ Telephone: (619) 557-6775/(619) 235-2757 (Fax)
   │ Email: davene.finnel@usdoj.gov
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

| | | |
|---|---|---|
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Nos. 07-CV-2433-LAB |
|    |                           | ) | 06CR2038-LAB |
| 11 |        Plaintiff,         | ) | |
|    |                           | ) | |
| 12 |        v.                 | ) | |
|    |                           | ) | NOTICE OF APPEARANCE |
| 13 | ALFREDO MACIAS ,          | ) | |
|    |                           | ) | |
| 14 |        Defendant.         | ) | |
|    |                           | ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as co- counsel in the above-captioned case.

18     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20     The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23  activity in this case:

24     <u>Name</u>              <u>Cal. Bar No.</u>   <u>Telephone No.</u>   <u>Email Address</u>

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3 | <u>Name</u>             <u>Cal. Bar No.</u>   <u>Telephone No.</u>        <u>Email Address</u>

4

5 | Please call me if you have any questions about this notice.

6 | DATED:   March 4, 20087

7 |                             Respectfully submitted,

8 |                             KAREN P. HEWITT
                            United States Attorney

9 |                             s/*Davene L. Finnel*

10 |                             Davene L. Finnel
                            Special Assistant United States Attorney

11 |                             Attorneys for Plaintiff
                            United States of America

12 |                             Email: davene.finnel@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 | Notice of Appearance                                                                  07-CV-2433 LAB

28 | United States v. Alfredo Macias              2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff, )<br>)<br>     v. )<br>)<br>ALFREDO MACIAS , )<br>)<br>         Defendant. )<br>_____ ) | Nos. 07-CV-2433-LAB<br>        06CR2038-LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Davene L. Finnel, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them. In addition, I deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of the Notice of Appearance addressed to:

Alfredo Macias
No. 99945-198
California City Correctional Center
PO Box 3001-0001
California City, CA 93504

the last known addresses, at which places there is delivery service of mail from the United States Postal Service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on March 4, 2008.

                                                                    s/ Davene L. Finnel
                                                                    Davene L. Finnel

Notice of Appearance                                                           07-CV-2433 LAB
United States v. Alfredo Macias                    3